918

No. 98-5795. McKINNEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98-5797. BOCLAIR v. PAGE. C. A. 7th Cir. Certiorari denied.

No. 98-5801. FLORES-SOLANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-5803. SWANN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98-5808. HOPPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-5810. DOWNEY v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98-5814. MOORE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98-5815. LOWE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98-5824. HICKS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98-5825. HELMSTETTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-5831. CURRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-5832. BELTRAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-5834. CAMPBELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-5835. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-5838. SINGH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98-5842. GARCIA-BERMUDEZ v. BROOKS, WARDEN. C. A. 10th Cir. Certiorari denied.